JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Sanket SUBHASH JOSHI,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>United States Citizenship and Immigration Services (USCIS), *et al*,<br><br>　　　　Defendants. | No. 2:25-cv-07247-PVC<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Honorable Pedro V. Castillo<br>United States Magistrate Judge |

1 | Pursuant to the Stipulation for Dismissal filed by the parties, this action is hereby
2 | dismissed with prejudice. Each party to bear their own costs, fees, and expenses.
3 | IT IS SO ORDERED.

Dated: 11/07/25

*[signature]*

HONORABLE PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE